# MEMORANDUM.

OF A

# CASE NOT REPORTED IN FULL.

JOHN P. HIER AND BRUCE S. ALDRICH, APPELLANTS, *v.*
BENJAMIN B. ODELL, RESPONDENT, IMPLEADED WITH
CHARLES S. BETTS.

*Withdrawal of one partner from a firm — what notice to former dealers with the
firm is sufficient.*

APPEAL from a judgment in favor of the respondent, entered
on the report of a referee, dismissing the plaintiffs complaint.

The action was brought to recover for goods sold and delivered
to the firm of Betts & Co. Prior to March 20, 1875, the defend-
ant Odell was a member of that firm. He then sold out and
retired, and Prime became a member of the firm. After such dis-
solution the agent of the plaintiffs, one Clayson, was at the store
in Baldwinsville, soliciting an order in behalf of plaintiffs, for
goods. Betts then informed Clayson that Odell had retired, and
gave Clayson an order for goods, with notice that Odell had
retired. That order was filled by the plaintiffs. After that
Betts & Co. gave other orders to the plaintiffs direct, and received
goods which were not paid for.

The plaintiffs were prior dealers with the firm, and Clayson did
not give the plaintiffs actual notice of the retirement of Odell
from the firm, and the plaintiffs had no actual knowledge of such
retirement, prior to the accruing of the bills in suit.

The court at General Term said : "The notice which Clayson,
the agent of the plaintiffs, received of the retirement of Odell was
given while the agent was in the course of his employment engaged
for the plaintiffs. The sale then made by the plaintiffs, through
their agent Clayson, was to the *new* firm, of which Odell, the
defendant, was not a member.

" The plaintiffs thus derived a notice of the retirement of the defendant Odell, and although Clayson did not actually communicate it to the plaintiffs, they must be held bound by it. The sale made to the new firm, after such notice to Clayson, did not bind Odell who had retired from the firm. (*Ingalls* v. *Morgan*, 10 N. Y., 184, and cases there cited; Horton Com. on Agency, § 178; Theobald on Pr. & Agency, § 140; *Page* v. *Brooks*, 18 Ill., 37; *Sutton* v. *Dillaye*, 3 Barb., 529; Lindley on Part. [3d ed.], 422; Collyer on Part., § 531; *Davis* v. *Keyes*, 38 N. Y., 94; *President* v. *Cornen*, 37 id., 323.) "

*Hunt & Weaver*, for the appellants. *Le Roy Morgan*, for the respondent.

Opinion by HARDIN, J.; TALCOTT, P. J., and SMITH, J., concurred.

Judgment affirmed.